UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

JERRI L. BOON,

          **Plaintiff,**

          **v.**                                Civil No. 09-1353-AA

UNION PACIFIC RAILROAD COMPANY,
a foreign corporation,

          **Defendant.**

_____

**JUDGMENT**

This action is dismissed.

Dated: July 7, 2010.

                                        MARY L. MORAN, CLERK

                    By:   /s/ Leslie Engall
                           Leslie Engdall, Deputy